No. 1122. THE GERMAN BANK OF CARROLL COUNTY, IOWA, ET AL., PETITIONERS, *v.* GEORGE C. BALL, RECEIVER, ETC. May 27, 1912. Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for
the Eighth Circuit denied. *Mr. Benjamin I. Salinger* for
the petitioners. No appearance for the respondent.